# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-cv-887-HEA |
| MISSOURI PROBATION AND PAROLE, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice to the filing of a fully-paid complaint.

Dated this 26th day of July, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE