# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-3085
_____

Joseph Michael Devon Engel

Plaintiff - Appellant

v.

Missouri Probation & Parole; Missouri Department of Corrections

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00887-HEA)

_____

**JUDGMENT**

Appellant has not responded to the court's order entered November 2, 2021.  It is hereby ordered that this appeal is dismissed for failure to prosecute.  See Eighth Circuit Rule 3C.

Mandate shall issue forthwith. The full $505 appellate and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court.

November 23, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans